Attorney: MR. C. DANIEL STREET

# Citation for Petition

WILLIAM HOLLOWELL
Vs.
HELMERICH AND PAYNE INTERNATIONAL
DRILLING COMPANY

37th Judicial District Court
Caldwell Parish, Louisiana
State of Louisiana

Docket No. 30826

**To:** HELMERICH AND PAYNE INTERNATIONAL DRILLING COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA 70802

**SERVICE**

**Parish: EAST BATON ROUGE**

You are named as a defendant in the above captioned matter. Attached to this citation is a:

✓ Certified Copy of Original Petition

___ Certified Copy of Amended Petition

✓ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 37th Judicial District Court located at Columbia, Louisiana within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21)** days after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition **within thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15)** days after the exception is overruled or referred to the merits, or **fifteen (15)** days after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10)** days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 37th Judicial District Court on this 8th day of August, 2023.

_____
Deputy Clerk of Court for
Cherie Lott, Clerk of Court

RETURN:



STATE OF LOUISIANA * PARISH OF CALDWELL * 37TH DISTRICT COURT

WILLIAM HOLLOWELL

VERSUS NO. 30826

HELMERICH AND PAYNE
INTERNATIONAL DRILLING COMPANY

FILED: AUG 0 4 2023

_Shelly Denison_
DEPUTY CLERK OF COURT

## PETITION

The Petition of WILLIAM HOLLOWELL, a major domiciled in Caldwell Parish, Louisiana, respectfully represents:

1.

Made Defendant herein is HELMERICH AND PAYNE INTERNATIONAL DRILLING COMPANY, a foreign corporation authorized to do and actually doing business in the state of Louisiana, which Defendant is legally liable unto Plaintiff for the following reasons, to with:

2.

On or about March 7, 2023, Plaintiff WILLIAM HOLLOWELL was employed by Defendant as a floor hand on an oil/gas drilling platform drilling a well in Caddo Parish, Louisiana. On that date, Plaintiff injured his back while in the course and scope of his employment with Defendant on the rig when he lifted a guard door on a drill spool and heard a pop in his low back and experienced pain going down his right leg to his foot.

3.

Plaintiff reported the injury to his rig manager and filled out an accident report.

4.

On March 8, 2023, Defendant had Plaintiff examined by its company physician at Injury MD in Shreveport, Louisiana. This company physician diagnosed Plaintiff with lumbosacral pain from strain/spasm and indicated that he could return to work without restrictions. Plaintiff's work included heavy lifting.

5.

Plaintiff informed Defendant's safety man handling the matter that he wanted to exercise his right to see his choice of physician to get another opinion, which was his right under the Workers' Compensation Law.

ATTEST: A True Copy

AUG 0 8 2023

By. Clerk 37th Judicial District Court
Parish of Caldwell, Louisiana

6.

Due to Plaintiff's effort to exercise his rights under the Louisiana Workers' Compensation Statute Defendant terminated Plaintiff's employment wrongfully claiming that he quit when he had not done so.

7.

A few days later Plaintiff's treating neurosurgeon diagnosed Plaintiff with serious injury including ruptured discs in his low back and informed Plaintiff that he would need surgery. Plaintiff's doctor, neurosurgeon Rishi Wadhwa took him off work due to the serious injuries.

8.

Plaintiff shows that Defendant's discharge of Plaintiff from his employment was in retaliation for his workers' compensation injury and claim since Plaintiff absolutely did not quit his employment but sought to exercise his right under the Workers' Compensation Law to see and seek treatment from a physician of his choice. His dismissal under these circumstances constitutes a retaliatory discharge in violation of Louisiana Revised Statute 23:1361.

9.

Plaintiff is therefore entitled to recover from Defendant up to one years wages, the sum of $68,900.00 (based on his average weekly wage of $1,325.00) together with reasonable attorney fees to be fixed by the Court and Defendant should be condemned to pay all costs of these proceedings together with legal interest.

WHEREFORE, PLAINTIFF PRAYS that Defendant be duly served and cited with a copy of this Petition and required to appear and answer same, and after the lapse of all legal delays, and after due proceedings had, there be judgment herein in favor of Plaintiff WILLIAM HOLLOWELL and against Defendant HELMERICH AND PAYNE INTERNATIONAL DRILLING COMPANY for all such damages as are reasonable in the premises, together with attorney fees to be fixed by the Court and together with legal interest on all sums from date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED,

STREET & STREET
ATTORNEYS FOR PLAINTIFF
508 NORTH 31ST STREET
MONROE, LA 71201
(318) 325-4418 PHONE
(318) 322-7656 FAX

BY: _____
C. DANIEL STREET
BAR NO. 12530

***PLEASE SERVE DEFENDANT***:

HELMERICH AND PAYNE
INTERNATIONAL DRILLING COMPANY
Through its agent for service of process
Corporation Service Company
501 Louisiana Ave
Baton Rouge, LA 70802