UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WILLIAM HOLLOWELL** | **CIV. ACTION NO. 3:23-01206** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HELMERICH & PAYNE INTERNATIONAL DRILLING CO.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, together with the Objection [Doc. No. 21] filed by Defendant Helmerich & Payne International Drilling Co., and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion To Remand [Doc. No. 14] filed by Plaintiff William Hollowell is **GRANTED**, and that this matter is hereby **REMANDED** to the 37th Judicial District Court for the Parish of Caldwell, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(c).

Monroe, Louisiana, this 23rd day of January 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**